UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ZANE HUBBARD,<br><br>          Petitioner,<br><br>     v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>          Respondents. | Case No. 1:13-cv-01789-SKO-HC<br><br>ORDER GRANTING PETITIONER'S MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL  (DOC. 11)<br><br>ORDER DIRECTING THE CLERK TO SERVE THIS ORDER ON THE CLERK OF THE COURT OF APPEALS FOR THE NINTH CIRCUIT |
|---|---|

Petitioner is a prisoner who proceeded pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. 636(c)(1), Petitioner consented to the jurisdiction of the United States Magistrate Judge to conduct all further proceedings in the case, including the entry of final judgment.  After the petition was dismissed, Petitioner filed a notice of appeal.  Pending before the Court is Petitioner's application to proceed in forma pauperis on appeal, which was filed on March 3, 2014.

A party who was permitted to proceed in forma pauperis in the district court may proceed in forma pauperis on appeal without

further authorization unless the district court certifies that the appeal is not taken in good faith. See Fed. R. App. P. 24(a)(3). In this case, Petitioner proceeded in forma pauperis in this Court. This Court has not certified that the appeal is not taken in good faith.

Accordingly, Petitioner's motion to proceed in forma pauperis on appeal is GRANTED. The Clerk of Court is DIRECTED to serve a copy of this order on the Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

Dated: **March 26, 2014**          **/s/ Sheila K. Oberto**
                                    UNITED STATES MAGISTRATE JUDGE